Simon Franzini (Cal. Bar. No. 287631)
DOVEL & LUNER, LLP
202 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
simon@dovel.com
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WHITESTONE FURNISHINGS, LLC,<br><br>*Defendant*. | Case No: 2:23-cv-02552-DAD-DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Complaint Served:     November 13, 2023<br>Current Response Date: May 13, 2024<br>New Response Date:    May 28, 2024 |

Pursuant to Local Rule 144(a), Plaintiff Jeremy Wilson ("Plaintiff") and Defendant Whitestone Furnishings, LLC ("Saatva") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. On November 3, 2023, Plaintiff filed a complaint against Saatva in the United States District Court of the Eastern District of California, titled *Jeremy Wilson, individually and on behalf of all others similarly situated v. Whitestone Furnishings, LLC,* Case No. 2:23-cv-02552-DAD-DB. (ECF No. 1)

2. Plaintiff served the Complaint on Saatva on November 13, 2023.

3. Saatva's response to the Complaint is currently due on May 13, 2024.

4. The Parties agreed to mediate this dispute before Mr. Bruce Friedman of JAMS on February 9, 2024.

5. The Parties are still engaged in settlement discussions. Accordingly, to conserve the resources of the Court and to allow the Parties to focus on a potential resolution, the Parties stipulate to an extension of time for Saatva to respond to Plaintiff's Complaint up to and including May 28, 2024.

6. This is the Parties' ninth request for an extension of time to respond to Plaintiff's Complaint.

7. Relatedly, the Parties request an extension of time to exchange initial disclosures until May 30, 2024.

8. On May 10, 2024, Saatva's counsel conferred with Plaintiff's counsel regarding this extension. Plaintiff's counsel had no objection and provided his assent.

NOW THEREFORE, the Parties hereby stipulate and agree to an extension of time for Saatva to answer or otherwise respond to Plaintiff's Complaint through and including May 28, 2024 and an extension of time to exchange initial disclosures until May 30, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted on May 10, 2024.

By: */s/ Simon Franzini*
Simon Franzini (Cal Bar No. 238173)

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
simon@dovel.com
Tel: (310) 656-7066
Fax: (310) 656-7069

*Counsel for Plaintiff*

By: */s/ Ina B. Scher*
Ina B. Scher (*to seek pro hac admission*)

DAVIS+GILBERT LLP
1675 Broadway
New York, New York 10019
ischer@dglaw.com
Tel: (212) 468-4800

*Counsel for Defendant*

# [PROPOSED] ORDER

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Whitestone Furnishings, LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Whitestone Furnishings, LLC shall have up to and including May 28, 2024 by which to respond to Plaintiff's Complaint and until May 30, 2024 to exchange initial disclosures.

**SO ORDERED**, this _____ day of _____, 2024.

_____
The Honorable Dale A. Drozd
United States District Judge